UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
INTERNATIONAL MEDIA FILMS, INC.,
                    Plaintiff,

-against-

LUCAS ENTERTAINMENT, INC., ET AL.,
                    Defendants.
----------------------------------------------------------X

07 CIVIL 1178 (JGK)

**JUDGMENT**

Defendants having moved for summary judgment on all claims pursuant to Fed. R. Civ. P. 56, plaintiff having cross-moved to strike certain of defendants' summary judgment evidence, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on March 31, 2010, having rendered its Memorandum Opinion and Order granting defendants' motion for summary judgment, dismissing plaintiff's trademark claims and copyright claims, declining to exercise supplemental jurisdiction over the plaintiff's state law claims and dismissing those claims without prejudice, denying plaintiff's motion to strike as moot, and dismissing defendants' counterclaim without prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 31, 2010, defendants' motion for summary judgment is granted; plaintiff's trademark claims and copyright claims are dismissed; the Court declines to exercise supplemental jurisdiction over the plaintiff's state law claims and those claims are dismissed without prejudice; plaintiff's motion to strike is denied as moot; and defendants' counterclaim is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
           March 31, 2010

                    **J. MICHAEL McMAHON**
                    **Clerk of Court**

BY:

                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____