UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

INTERNATIONAL MEDIA FILMS, INC.,

               Plaintiff,           07 Civ. 1178 (JGK)

      - against -               **MEMORANDUM OPINION AND**
                                     **ORDER**

LUCAS ENTERTAINMENT, INC., ET AL.,

               Defendants.
_____

JOHN G. KOELTL, District Judge:

    Fish & Richardson's motion to withdraw as counsel to the

plaintiff is unopposed by the defendants. There is no

indication that it is opposed by the plaintiff. The motion to

withdraw is **granted** unless the plaintiff interposes any

objection by **April 28, 2010**.

    The plaintiff, as a corporation, can only appear by new

counsel. Therefore, the action is stayed until **May 19, 2010** to

allow the plaintiff to obtain new counsel. If the plaintiff

fails to obtain new counsel, any motions against it may be

granted by default. The stay does not affect the requirements

to comply with any procedures necessary for appeal.

    The Court has not yet received the defendants' motion for

attorneys' fees and costs, which should of course be served on

both the plaintiff and Fish & Richardson.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/10

The time to respond to the motion for attorneys' fees is extended to **June 3, 2010**.  The defendants' reply, if any, is due on **June 14, 2010**.

The application for reconsideration of the Court's denial of the defendants' motion for a bond is denied.  The defendants have failed to point to any controlling decisions or facts that the Court overlooked that might reasonably be expected to alter the Court's decision.  See Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995).

**SO ORDERED.**

Dated:      **New York, New York**
            **April 20, 2010**

                                    John G. Koeltl
                          United States District Judge